UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JORDAN et al,

        Plaintiff,

  v.

M S EVANS et al,

        Defendant.

Case Number: CV09-02715 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Jordan
#B54540
P.O. Box 1050
Soledad, CA 93960-1050

Dated: February 3, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk